IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00603-AP

CAROL WILCOX,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> KATHERINE E. MCCLURE
> 1600 Ogden Street
> Denver, CO 80218
> 303-839-1650
> kmcclure@sawayalaw.com
>
> For Defendant:
> TROY A. EID
> United States Attorney
>
> KEVIN TRASKOS
> Deputy Chief, Civil Division
> United States Attorney's Office
> District of Colorado
>
> THOMAS H. KRAUS
> Special Assistant United States Attorney
> Social Security Administration
> 1961 Stout Street, Suite 1001A
> Denver, Colorado 80294
> (303) 844-0017
> tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A. **Date Complaint Was Filed:** 03/24/08

    B. **Date Complaint Was Served on U.S. Attorney's Office:** 03/25/08

    C. **Date Answer and Administrative Record Were Filed:** 05/22/08

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of their knowledge, both parties state that the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    A. **Plaintiff's Opening Brief Due:** July 18, 2008

    B. **Defendant's Response Brief Due:** September 19, 2008

    C. **Plaintiff's Reply Brief (If Any) Due:** October 6, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A. **Plaintiff's Statement:** Oral Argument is not requested.

    B. **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    ( X ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 6th day of June, 2008.

                                                    BY THE COURT:

                                                    *<u>S/John L. Kane</u>*
                                                   U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Katherine E. McClure<br>KATHERINE E. MCCLURE<br>1600 Ogden Street<br>Denver, CO 80218<br>303-839-1650<br>kmcclure@sawayalaw.com<br><br>Attorney for Plaintiff | UNITED STATES ATTORNEY<br><br>TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |