IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00603-RPM

CAROL WILCOX,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

ORDER AWARDING ATTORNEY'S FEES UNDER EAJA
_____

Pursuant to the Motion for Order to Approve Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act [16] filed on January 19, 2010, it is

ORDERED that pursuant to 28 U.S.C. § 2412 the plaintiff is awarded a fee for her attorney in the amount of $4,000.00, made payable to Katherine E. McClure, Attorney at Law," and mailed to plaintiff's counsel.

DATED:   January 21st, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge